**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 19-13107 MDC |
| JANE B. JONES | : | |
| | : | Chapter No. 13 |
| Debtor | : | |
| | : | |

## ASSIGNMENT OF CLAIM #4 TO CARISBROOK ASSET HOLDING TRUST C/O ROUNDPOINT MORTGAGE SERVICING CORPORATION

TO THE BANKRUPTCY COURT CLERK:

Please take notice that KINGSMEAD ASSET HOLDING TRUST C/O ROUNDPOINT MORTGAGE SERVICING CORPORATION has assigned its claim in the above-captioned matter, Claim #4, to CARISBROOK ASSET HOLDING TRUST C/O ROUNDPOINT MORTGAGE SERVICING CORPORATION with a secured claim amount of $120,883.38, as a result of the Assignment of the Mortgage and endorsement of the Promissory Note which are the basis of the claim.

Name and Address of Assignee (Current Claimant):
Name and address of where to send payments:
  ROUNDPOINT MORTGAGE SERVICING CORPORATION
  PO BOX 19409
  CHARLOTTE, NC 28219-9409

Name and address of where to send notices:
  ROUNDPOINT MORTGAGE SERVICING CORPORATION
  5016 PARKWAY PLAZA BLVD.
  BUILDINGS 6 & 8
  CHARLOTTE, NC 28217

Name and Address of Assignor (Former Claimant):

  KINGSMEAD ASSET HOLDING TRUST C/O ROUNDPOINT MORTGAGE SERVICING CORPORATION
  5016 PARKWAY PLAZA BLVD., BUILDINGS 6& 8
  CHARLOTTE, NC 28217

The Trustee should make future payments for this claim to the Assignee.

Please substitute the Assignee's name and address on the matrix for that of the Assignor.

| | |
|---|---|
| August 22, 2019 | /s/ Thomas Song, Esquire |
| Date | Thomas Song, Esq., Id. No.89834 |
| | Phelan Hallinan Diamond & Jones, LLP |
| | 1617 JFK Boulevard, Suite 1400 |
| | One Penn Center Plaza |
| | Philadelphia, PA 19103 |
| | Phone Number: 215-563-7000 Ext 31387 |
| | Fax Number: 215-568-7616 |
| | Email: Thomas.Song@phelanhallinan.com |

89834 / jcs

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | Bk. No. 19-13107 MDC |
| JANE B. JONES : | |
| : | Chapter No. 13 |
| **Debtor** | |

### CERTIFICATION OF SERVICE

I certify under penalty of perjury that I served or caused to be served the above captioned Assignment of Claim on the parties at the addresses shown below or on the attached list on 8/26/2019.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification
WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
P.O. Box 1229
Philadelphia, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

GEORGETTE MILLER, ESQUIRE
335 EVESHAM AVENUE
LAWNSIDE, NJ 08045
info@georgettemillerlaw.com

Service by First Class Mail

JANE B. JONES
614 FELTON AVENUE
SHARON HILL, PA 19079-2308

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

Dated: 8/26/2019

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com