**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jane B. Jones                          CHAPTER 13

Debtor(s)

BKY. NO. 19-13107

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of KINGSMEAD ASSET HOLDING TRUST and index same on the master mailing list.

                                          Respectfully submitted,

                                          /s/Rebecca A. Solarz
                                          Rebecca Solarz
                                          13 Oct 2020, 13:32:26, EDT

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322