IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **JANE B. JONES** | : | BK. No. 19-13107 MDC |
| Debtor | : | |
| | : | Chapter No. 13 |
| **KINGSMEAD ASSET HOLDING TRUST** | : | |
| Movant | : | Document No. |
| v. | : | |
| **JANE B. JONES** | : | |
| Respondent | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION FEES,
EXPENSES AND CHARGES**

  I certify under penalty of perjury that I served or caused to be served the above captioned Notice of Post-Petition Fees, Expenses and Charges on the parties at the addresses shown below or on the attached list on <u>August 16, 2019</u>.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| WILLIAM C. MILLER, Esq., (TRUSTEE)<br>P.O. Box 1229<br>Philadelphia, PA 19105 | JANE B. JONES<br>614 FELTON AVENUE<br>SHARON HILL, PA 19079 |
| GEORGETTE MILLER, ESQUIRE<br>335 EVESHAM AVENUE<br>LAWNSIDE, NJ 08045 | |
| UNITED STATES TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>200 CHESTNUT STREET SUITE 502<br>PHILADELPHIA, PA 19106 | |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

            <u>/s/ Jerome Blank, Esquire</u>
            Jerome Blank, Esq., Id. No.49736
            Phelan Hallinan Diamond & Jones, LLP
            1617 JFK Boulevard, Suite 1400
            One Penn Center Plaza
            Philadelphia, PA 19103
            Phone Number: 215-563-7000 Ext 31625
            Fax Number: 215-568-7616
            Email: jerome.blank@phelanhallinan.com

August 16, 2019